**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAYTONA GRAND, INC. d/b/a**
**LOLLIPOP'S GENTLEMEN'S CLUB, a**
**Florida corporation, MILES WEISS and**
**JOHN DOE,**

          **Plaintiffs,**

-vs-                                          **Case No. 6:02-cv-1469-Orl-28KRS**

**CITY OF DAYTONA BEACH, FLORIDA, a**
**municipal corporation,**

          **Defendant.**
_____

## JUDGMENT

The Court, having entered an Order entering judgment (Doc. 173) and an Amended Order entering judgment (Doc. 189), hereby enters this judgment set forth on a separate document pursuant to Fed. R. Civ. P. 58(d). In accordance with the Amended Order (Doc. 189), it is **ORDERED**, **ADJUDGED, AND DECREED** as follows:

1. Judgment is hereby entered in favor of Plaintiffs Daytona Grand, Inc. and Miles Weiss on their claims that Ordinance 81-334, codified as Code § 10-6 of the Daytona Beach City Code, and Ordinance 02-496, as amended by Ordinance 03-375, violate the First and Fourteenth Amendments of the U.S. Constitution, because the City of Daytona Beach lacks sufficient evidence that the ordinances further a substantial interest in preventing secondary effects associated with adult entertainment.

     2. Ordinances 81-334, codified as Code § 10-6 of the Daytona Beach City Code, and Ordinance 02-496, as amended by Ordinance 03-375, are hereby **DECLARED UNCONSTITUTIONAL AND ARE THEREFORE STRICKEN** to the extent that they endeavor to regulate expression protected by the First and Fourteenth Amendments of the United States Constitution. Accordingly, Ordinance 02-496, as amended by Ordinance 03-375, is **STRICKEN** in its entirety and all provisions of Code § 10-6 (as enacted by Ordinance 81-334), with the exception of Code § 10-6(e) which regulates non-expressive conduct, are **STRICKEN**.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of March, 2006.

                                                   JOHN ANTOON II
                                                   United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party