# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAYTONA GRAND, INC. d/b/a**
**LOLLIPOP'S GENTLEMEN'S CLUB, a**
**Florida corporation, MILES WEISS and**
**JOHN DOE,**

                **Plaintiffs,**

**-vs-**                                              **Case No.  6:02-cv-1469-Orl-28KRS**

**CITY OF DAYTONA BEACH, FLORIDA, a**
**municipal corporation,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEE AWARD PURSUANT TO 42 U.S.C. SECTION 1988 (Doc. No. 176)** |
| **FILED:** | **February 3, 2006** |

Because the final judgment in this case is currently on appeal to the United States Court of Appeals for the Eleventh Circuit, *see* doc. nos. 192, 193, it is appropriate to await the outcome of the appeal before ruling on the pending motion for attorneys' fees. Determination of the appeal, regardless of the outcome, will affect consideration of the Plaintiffs' motion.  It does not appear that consideration of the appeal itself would be better informed by a decision on fees.

Accordingly, I recommend that the motion for award of attorneys' fees be **DENIED without prejudice** to refiling, if appropriate, within twenty days after the issuance of a decision on the appeal by the United States Court of Appeals for the Eleventh Circuit.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 25, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy