UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAYTONA GRAND, INC. d/b/a
LOLLIPOP'S GENTLEMEN'S CLUB, a
Florida corporation, MILES WEISS and
JOHN DOE,

                              Plaintiffs,

-vs-                                            Case No. 6:02-cv-1469-Orl-28KRS

CITY OF DAYTONA BEACH, FLORIDA, a
municipal corporation,

                              Defendant.
_____

## ORDER

This case is before the Court on the Motion for Attorney's Fee Award Pursuant to 42 U.S.C. § 1988 (Doc. No. 195) filed February 3, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 25, 2006 (Doc. No. 195) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Attorney's Fee Award Pursuant to 42 U.S.C. § 1988 (Doc. No. 195) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of May, 2006.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party